UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE UPSHAW, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:15-CV-0658 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| D. EBBERT, WARDEN, | : | |
| Respondent | : | |

# ORDER

**AND NOW, THIS 24TH DAY OF AUGUST, 2015**, in accordance with the Memorandum of this date, **IT IS HEREBY ORDERED THAT**:

1. The petitioner for writ of habeas corpus, (Doc. 1), is **DISMISSED** for lack of jurisdiction and without prejudice to Petitioner requesting leave to file a second or successive section 2255 motion with the United States Court of Appeals for the Second Circuit.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**