# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRENCE UPSHAW, | : | |
| Petitioner | : | CIVIL ACTION NO. 3:15-CV-0658 |
| | : | (Judge Nealon) |
| v. | : | |
| | : | |
| D. EBBERT, WARDEN, | : | |
| Respondent | : | |

## ORDER

**AND NOW, THIS 28TH DAY OF AUGUST, 2017**, upon consideration of the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's "Independent Action to Obtain Relief from Judgment or Order Pursuant to Rule 60 of Federal Rules of Civ. P.," (Doc. 15), is **DISMISSED** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this matter.

                                                   **/s/ William J. Nealon**
                                                   **United States District Judge**